Order entered December 19, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-00863-CR

 LAWRENCE FRANK CROUSE, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the County Court at Law No. 2
 Collin County, Texas
 Trial Court Cause No. 002-87861-2011

 ORDER

 On November 26, 2012, we adopted the trial court's finding that
appellant is indigent and that his brief would be filed by November 26,
2012. To date, we have not received appellant's brief nor has counsel
communicated with the Court regarding the brief.
 Accordingly, this Court ORDERS appellant to file his brief by JANUARY
2, 2013. If appellant's brief is not filed by the date specified, the
Court will order Roy Reeves removed as appellant's appointed attorney of
record and will order the trial court to appoint new counsel to represent
appellant in the appeal.
 We DIRECT the Clerk to send copies of this order, by electronic
transmission, to the
Honorable Barnett Walker, Presiding Judge, County Court at Law No. 2, and
to counsel for all parties.

 /s/ DAVID L. BRIDGES
 JUSTICE